IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HURT, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:25-CV-3154-D |
| HUNT COUNTY, TEXAS, ET AL., | § § § | |
| Defendants. | § § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 55). Objections were filed. The undersigned district judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the court denies plaintiff's motion for leave to file a surreply (ECF No. 47); grants the motion to dismiss of defendants Hunt County, Texas and Hunt County Sheriff Terry Jones (ECF No. 25); and denies plaintiff's emergency motion for temporary restraining order and preliminary injunction against defendants Bernalillo County, Bernalillo County Clerk, and New Mexico Administrative Office

of the Courts (ECF No. 50).

**SO ORDERED**.

December 12, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE