IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HURT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3:25-CV-3154-D |
| | § | |
| HUNT COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge on April 15, 2026 made his findings, conclusions, and recommendation ("FCR") [ECF No. 84], and on April 16, 2026 made his supplemental findings, conclusions, and recommendation ("Supplemental FCR") [ECF No. 87].   Plaintiff filed objections to the FCR and Supplemental FCR.

The undersigned district judge reviewed *de novo* those portions of the FCR and Supplemental FCR to which objections were made, and reviewed the remaining portions for plain error.

Finding no error, the court adopts the FCR and Supplemental FCR.

All objections are overruled, and all pending motions filed by plaintiff are denied.

**SO ORDERED**.

April 20, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE